## ORDER

PER CURIAM.

**AND NOW,** this 24th day of September, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**

---

100 A.3d 584

**Tyrone HIGHTOWER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 24, 2014.

Tyrone T. Hightower, Pro Se.

Chad L. Allensworth, PA Board of Probation & Parole, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of September, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**